# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

Arnold Kagan

v.

Pfizer, Inc., Pharmacia Corporation, and G.D. Searle LLC

SUMMONS IN A CIVIL CASE

E-filing

CASE NUMBER:

CV 08 3241

CRB

TO: (Name and address of defendant)

Pfizer, Inc., 235 East 42nd Street, New York, NY 10012

Pharmacia Corporation, 100 Route 206 N., Peapack, NJ 07977

G.D. Searle LLC, 4901 Searle Pkwy., Skokie, IL 60077

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward Braniff
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUL - 3 2008

Richard W. Wieking
CLERK                                                                                      DATE_____

**ANNA SPRINKLES**

_____
(BY) DEPUTY CLERK