Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This Document Relates to: | ) |
| | ) |
| *Norma Brown v. Pfizer Inc, et al.* | ) **MDL NO. 1699** |
| (06-6181 CRB) | ) **District Judge: Charles R. Breyer** |
| | ) |
| *Arnold Kagan v. Pfizer Inc, et al.* | ) |
| (08-3241 CRB) | ) |
| | ) |
| *John Kroon v. Pfizer Inc, et al.* | ) **STIPULATION AND ORDER OF** |
| (06-6115 CRB) | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| *Julia McFarland v. Pfizer Inc, et al.* | ) |
| (07-4152 CRB) | ) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42588782.1

1  DATED: 2/25, 2000   By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: March 3, 2010   By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010   _____
Hon. Charles R. Breyer
United States District Court

-2-

PFZR/1035934/1132569v.1
EAST\42588782.1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**